# United States District Court
## for
## District of Arizona

**FILED**
July 12, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____kkc_____
DEPUTY

**U. S. A. vs. Brannen Sage Mehaffey**
**Docket No. CR-20-00626-001-DWL**
**AUSA: Gary Michael Restaino**
**Defense Attorney: Arnold Augur Spencer**

**Austin Docket No.: 1:21-mj-555-SH**

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **MATTHEW M. SZMYTKE**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: Brannen Sage Mehaffey, who was released by the Honorable Deborah M. Fine sitting in the Court at Phoenix, on the 16th day of December, 2020, who imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**Defendant must not use alcohol at all.**

On July 9, 2021, the defendant contacted his supervising officer in the Western District of Texas and admitted to consuming alcohol "hourly" since he was placed in the Location Monitoring Program, which was June 14, 2021 in the Western District of Texas.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

_[signature: Matthew Szmytke]_

Matthew M. Szmytke
Intensive Supervision Specialist

July 9, 2021
**Date**

Page 2
RE:  Brannen Sage Mehaffey
July 9, 2021

**Reviewed by**

_____                           _July 9, 2021_____
Gilbert Lara                                                    **Date**
Supervisory U.S. Pretrial Services Officer

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury.  The Court orders the issuance of a warrant.  Considered and ordered this 9 day of July, 2021, and ordered filed and made a part of the records in the above case.

_____
**The Honorable MICHELLE H. BURNS**
**U.S. Magistrate Judge**

(Rev. 02/13)

# UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **WARRANT FOR ARREST** |
| v. | CASE NUMBER: 2:20CR626-DWL-001 |
| Brannen Sage Mehaffey | |

**To:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Brannen Sage Mehaffey and bring him forthwith to the nearest magistrate to answer a Pretrial Services Violation Petition charging him with 18 U.S.C. 956(a)(3)(B)-(C) and (c)(4)(A)(i) and (B) - Money Laundering; 18 U.S.C. 1956(a)(3)(B)-(C) and (c)(4)(A)(i) - Money Laundering; and 31 USC 5324(a)(l), (3) and (d)(2), 18:2(b), and 31 C.F.R. 103.11(gg) -Structuring Financial Transactions.

### VIOLATION OF RELEASE CONDITIONS

| | |
|---|---|
| Michelle H. Burns | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* Signature of Issuing Officer | July 9, 2021 at Phoenix, Arizona  Date and Location |

(By) Deputy Clerk

Bail fixed at $   No Bail

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |

- 2 -

| Date of Arrest | | |
|---|---|---|
| | | |