UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| United States of America | § |
| | § |
| vs. | § NO: AU:21-M-00555(1) |
| | § |
| (1) Brannen Sage Mehaffey | § |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Consistent with the Court's Order Regarding Financial Status in this case, the Federal Public Defender is hereby **APPOINTED** to represent the defendant.

Should this case proceed before a United States District Judge, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

SIGNED this 12th day of July, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE