## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

United States of America

v.  Case Number:  AU:21-M -00555(1)

(1) Brannen Sage Mehaffey
  *Defendant*

Dear Sir or Madam:

TAKE NOTICE that the above-entitled case has been set before:

**UNITED STATES MAGISTRATE JUDGE SUSAN HIGHTOWER**,

at the **U.S. Courthouse, 501 West Fifth Street Austin, Texas Courtroom #6**, for the following:

**DETENTION / BOND REVOCATION HEARING**

on **Thursday, July 15, 2021** at **10:00 AM**

EVERYONE to whom this notice is addressed (except those to whom copies are sent for information only) <u>must appear IN PERSON</u> unless excused from appearing by the Court.

ATTORNEYS are reminded that it is their duty to advise clients, witnesses, and others concerning rules of decorum to be observed in Court.  (Local Court Rule AT-5(b)(12)).

WHENEVER defendants or witnesses in a criminal case have need for the services of a court interpreter, the attorney must inform the U.S. District Clerk not later than five (5) business days before the scheduled Court proceeding.

***<u>If defendant chooses to waive hearing, a written waiver (see attached) must be signed by defendant and counsel and filed by 4:00 p.m. THE DAY BEFORE before scheduled hearing.</u>***

Date Issued:  July 12, 2021

(1) Brannen Sage Mehaffey                           /s/ _____

                                                                    James Ferrell
                                                                    Magistrate Courtroom Deputy
Attorney at Law                                              (512) 916-5896  Ext. 8720


cc:      U.S. Probation
         U.S. Pretrial Services
         U.S. Clerk
         U.S. Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America

v.    NO:   AU:21-M -00555(1)

(1) Brannen Sage Mehaffey    *Charging District's Case No.: 2:20-CR-626-DWL*

**Waiver of Rule 32.1 Hearing**
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions or probation or supervised release in a case pending in another district, the District of Arizona, Phoenix Division.

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)  an identity hearing to determine whether I am the person named in the charges;

(3)  production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)  a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5)  a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release form custody.

I agree to waive my right(s) to:

(   )  an identity hearing and production of the judgment, warrant and warrant application.

(   )  a preliminary hearing.

(   )   a detention hearing.

(   )  an identity hearing, production of the judgment, warrant and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
(1) Brannen Sage Mehaffey, *Defendant*

_____    _____
*Date*                            *Counsel for Defendant*